No. 506.   CENTRAL RAILROAD CO. OF NEW JERSEY v. UNITED STATES ET AL.

*Per Curiam:* The motion to affirm is granted and the judgment is affirmed.   *Alexander H. Elder, Edward A. Markley* and *Judson C. McLester, Jr.* for appellant.   *Solicitor General Perlman* and *J. Stanley Payne* for the United States and the Interstate Commerce Commission; and

*Augustus C. Studer, Jr.,* *Theodore H. Burgess* and *Parker Fulton* for the Akron, Canton & Youngstown Railroad Co. et al., appellees.

